UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Victoriano Tavarez, individually, and on behalf of all others similarly situated,**

                    Plaintiff,

      -against-

**Big Frig, LLC,**

                    Defendant.

1:21-cv-09789 (PGG) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022

**STEWART D. AARON, United States Magistrate Judge:**

        This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a telephone conference on Thursday, March 3, 2022 at 2:15 p.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. Prior to the conference Plaintiff's counsel shall file proof of service, if any.

**SO ORDERED.**

DATED:      New York, New York
                  February 24, 2022

                                                          _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge