UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2022
```

**Victoriano Tavarez, individually, and on behalf of all others similarly situated,**

                  **Plaintiff,**

    -against-

**Big Frig, LLC,**

                  **Defendant.**

1:21-cv-09789 (PGG) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference, for which only Plaintiff appeared, it is hereby Ordered that the time for Plaintiff to serve the Complaint is extended *nunc pro tunc* until March 3, 2022.

No later than March 10, 2022, Plaintiff shall file proof of service on the ECF docket.

**SO ORDERED.**

DATED:    New York, New York
                March 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge